BEFORE THE THIRD DIVISION, MARCH 1, 1956

**No. 59745.**—Bel Paese Sales Co., Inc. *v.* United States, protest 228236–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the net weight of certain Pecorino cheese contained in cases 601 to 700, inclusive, was 10,417 pounds and that, if the period of time permitted under section 515 had not expired, the entry would have been reliquidated in respect to said cases on that basis, the collector was directed to reliquidate the entry as to said cases and assess duty thereon on the basis of a net weight of 10,417 pounds. As to all other items and in all other respects, the protest was overruled.

**No. 59746.**—Bond Bros. & Co., Inc., and Thornley & Pitt *v.* United States, protest 242761–K (San Francisco).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.

**No. 59747.**—Joseph A. Paredes & Co. a/c Northern Glass Co. *v.* United States, protest 245497–K (San Francisco).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.